**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

September 11, 2014

Hon. Thomas M. Michel
Attorney at Law
2200 Forest Park Blvd.
Fort Worth, TX 76110
* DELIVERED VIA E-MAIL *

Hon. Robley Sicard
2200 Forest Park Blvd
Fort Worth, TX 76110-1732
* DELIVERED VIA E-MAIL *

Hon. Christie Ryan
Attorney at Law
4125 W. Waco Drive
P.O. Box 8418
Waco, TX 76714-8418
* DELIVERED VIA E-MAIL *

Hon. Jim Dunnam
4125 W Waco
PO Box 8418
Waco, TX 76714-8418
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00035-CV
Tr.Ct.No. 2012-1848-4
Style:   In the Matter of the Marriage of Hari B. Ancha and Lakshmi V. Ancha, and in
         the Interest of A.A. and N.T.A., Children

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   170th District Court (DELIVERED VIA E-MAIL)
      Hon. Karen C. Matkin, McLennan District Clerk (DELIVERED VIA E-MAIL)
      Hon. Billy Ray Stubblefield (DELIVERED VIA E-MAIL)